IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**MICHAEL L. CALLOWAY SR.,**

    DEBTORS.

Case No.: BK-14-14045-NLJ
Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS REQUIRED TO BE NOTICED

COMES NOW, NATIONSTAR MORTGAGE, LLC., a secured creditor, and real party-in-interest in the above-styled and numbered case, and hereby enters its appearance and requests that service of all pleadings and documents required to be noticed, pursuant to Fed. R. Bankr. P. 2002, be served upon its attorney of record, Robert Hauge, of BAER, TIMBERLAKE, COULSON & CATES, P.C., whose address is listed below.

Dated: October 7, 2014.

Respectfully submitted,

**BAER, TIMBERLAKE, COULSON
& CATES, P.C.**

s/ Robert Hauge
ROBERT HAUGE, O.B.A. # 20007
6846 South Canton Ave., Ste. 100
Tulsa, OK  74136
Ph. (918) 491-3100
Fax (918) 491-5424

*Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 13, 2009, I mailed a true and correct copy of the above and foregoing instrument by first class mail, proper postage fully attached thereto, to each of the following:

Michael L. Calloway Sr.
PO Box 2031
Edmond, OK 73083

  The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John Hardeman
P.O. Box 1948
Oklahoma City, OK  73101

            s/ Robert Hauge
            ROBERT HAUGE, O.B.A. # 20007